## Commonwealth *v.* Harding, Appellant.

Submitted December 7, 1972. *Kenneth Mirsky* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Albert Becker, James T. Ranney and Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.